# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Coach, Inc. and Coach Services, Inc. <br><br> *Plaintiff* <br><br> v. <br><br> Popular Fashions, Abdul Abu-Zahra, Ahmad El Bawwab, Abedalazeez Abu-Zahra, Samih Ibrahim & <br><br> *Defendant* | ) ) ) ) ) ) ) ) )  Civil Action No. 3:13cv268 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Abdul Abu-Zahra
315 Kevin Drive
Murfreesboro TN 37129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Britt Phillips
Sutter O'Connell Co.
341 Cool Springs Blvd Suite 430
Franklin TN 37067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/25/13

RD

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Coach, Inc. and Coach Services, Inc.<br><br>*Plaintiff*<br><br>v.<br><br>Popular Fashions, Abdul Abu-Zahra, Ahmad El Bawwab, Abedalazeez Abu-Zahra, Samih Ibrahim &<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:13cv268 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Abedalazeez Abu-Zahra
424 Haynes Haven Lane
Murfreesboro TN 37129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Britt Phillips
Sutter O'Connell Co.
341 Cool Springs Blvd Suite 430
Franklin TN 37067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/25/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Coach, Inc. and Coach Services, Inc. <br> *Plaintiff* <br> v. <br> Popular Fashions, Abdul Abu-Zahra, Ahmad El Bawwab, Abedalazeez Abu-Zahra, Samih Ibrahim & <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:13cv268 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ahmad El Bawwab
1606 N. Tennessee Blvd
Murfreesboro TN 37129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Britt Phillips
Sutter O'Connell Co.
341 Cool Springs Blvd Suite 430
Franklin TN 37067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/25/13

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Coach, Inc. and Coach Services, Inc. <br> *Plaintiff* <br> v. <br> Popular Fashions, Abdul Abu-Zahra, Ahmad El Bawwab, Abedalazeez Abu-Zahra, Samih Ibrahim & <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:13cv268 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Popular Fashions
1610 Memorial Drive
Murfreesboro TN 37130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Britt Phillips
Sutter O'Connell Co.
341 Cool Springs Blvd Suite 430
Franklin TN 37067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/25/13

*Signature of Clerk or Deputy Clerk*