IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

COACH, INC. and COACH SERVICES INC,

    Plaintiffs,

v.

POPULAR FASHIONS, et al.,

    Defendants.

Case No. 3:13-cv-00268
Chief Judge Haynes

# ORDER

Before the Court are Plaintiffs' stipulation of dismissal without prejudice of all claims pending in this action against Defendants Popular Fashions, Ahmad El Bawwab, Samih Ibrahim, and John Does 1-100 (Docket Entry No. 21), and Plaintiffs' stipulation of dismissal with prejudice of all claims pending in this action against Defendants Abdul Abu-Zahra and Abedalazeez Abu-Zhara (Docket Entry No. 20). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims against Defendants Popular Fashions, Ahmad El Bawwab, Samih Ibrahim, and John Does 1-100 are **DISMISSED without prejudice**, and Plaintiffs' claims against Defendants Abdul Abu-Zahra and Abedalazeez Abu-Zhara are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED.**

This is the Final Order in this action.

ENTERED this the ___ day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge